IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CR588 |
| | ) | |
| v. | ) | |
| | ) | |
| DECABOOTER FLOWERS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to vacate, set aside or correct sentence (Filing No. 29) and his corrected motion to vacate, set aside or correct sentence (Filing No. 31). Subsequent to the filing of these motions, plaintiff filed a motion to reduce sentence (Filing No. 32), and said motion was granted (Filing No. 34). The Court finds defendant should show cause why the motions to vacate his sentence should not be dismissed. Accordingly,

IT IS ORDERED that defendant shall show cause in writing, on or before June 3, 2005, why his motions to vacate, set aside or correct sentence should not be dismissed.

DATED this 9th day of May, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court