IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA, )
                          )
              Plaintiff,  )        8:03CR588
                          )
         v.               )
                          )
DECABOOTER FLOWERS,       )            ORDER
                          )
              Defendant.  )
_____)


        This matter is before the Court on the plaintiff's

motion to continue (Filing No. 42).  For good cause shown,

        IT IS ORDERED that the plaintiff's motion is granted;

plaintiff shall have until September 12, 2005, to file a response

to the defendant's motion under 28 U.S.C. § 2255.

        DATED this 10th day of August, 2005.

                        BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                          LYLE E. STROM, Senior Judge
                          United States District Court