IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:03CR588** |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **DECABOOTER FLOWERS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

    This matter is before the court on the motion of Richard H. McWilliams and the Office of the Federal Public Defender for the District of Nebraska to withdraw as counsel for the defendant, Decabooter Flowers (Flowers) (Filing No. 63).  Mr. McWilliams represents he has a conflict of interest in this matter.  Mr. McWilliams's and the Office of the Federal Public Defender's motion to withdraw (Filing No. 63) is granted.

    Dennis McCarthy, 1001 Farnam Street, Omaha, NE 68102, (402) 341-0700, is appointed to represent Flowers for the balance of these proceedings pursuant to the Criminal Justice Act.  Mr. McWilliams shall forthwith provide Mr. McCarthy with the discovery materials provided the defendant by the government and such other materials obtained by Mr. McWilliams which are material to Flowers's representation.

    The clerk shall provide a copy of this order to Mr. McCarthy and he shall enter his appearance in this matter forthwith.

    **IT IS SO ORDERED.**

    DATED this 21st day of January, 2010.

                                          BY THE COURT:

                                          s/Thomas D. Thalken
                                          United States Magistrate Judge