IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
           Plaintiff,        )       8:03CR588
                             )
     v.                      )
                             )
DECABOOTER FLOWERS,          )       ORDER
                             )
           Defendant.        )
_____)
```

On September 19, 2013, defendant appeared with counsel for a hearing on the amended petition (Filing No. 83) and the second amended petition for warrant or summons for offender under supervision (Filing No. 92). Defendant was represented by Michael F. Maloney, Assistant Public Defender. Plaintiff was represented by John E. Higgins, Assistant United States Attorney.

Plaintiff moved to dismiss the second petition (Filing No. 92). The motion was granted.

After hearing arguments of counsel and giving defendant an opportunity for allocation, the Court proceeded to disposition regarding the amended petition (Filing No. 83). Accordingly,

IT IS ORDERED:

1) Defendant's supervised release is hereby revoked. Defendant is sentenced to the custody of the Bureau of Prisons for a term of time served.

2) Defendant shall serve the remaining term of his supervised release under the terms and conditions as previously imposed.

3) The second petition (Filing No. 92) is dismissed.

DATED this 20th day of September, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court

**ACKNOWLEDGMENT OF RECEIPT**

I hereby acknowledge receipt of a copy of this judgment this ____day of _____, 201__.

                                        _____
                                        Signature of Defendant

**RETURN**

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 201__, to _____, with a certified copy of this judgment.

                                        UNITED STATES WARDEN

                                        By:_____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

**CERTIFICATE**

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 201___.

                                        UNITED STATES WARDEN

                                        By: _____