IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CR588 |
| | ) | |
| vs. | ) | |
| | ) | |
| DECABOOTER FLOWERS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On July 10, 2014, defendant appeared with counsel for a hearing on the Petition and on the Second Petition for Warrant or Summons for Offender Under Supervision (Filing No. 105 and Filing No. 114). Defendant was represented by Michael Maloney, Assistant Federal Defender. Plaintiff was represented by John E. Higgins, Assistant United States Attorney.

Defendant admitted Allegations 1 & 2 of the Second Petition (Filing No. 114). Defendant previously had admitted Allegations 3 & 4 of the Petition (Filing No. 105), and Allegations 1 & 2 of the Petition had been dismissed on motion of plaintiff.

After hearing arguments of counsel and giving defendant an opportunity for allocution, the Court proceeded to disposition regarding both the Petition and the Second Petition.

IT IS ORDERED:

1. Defendant's supervised release is hereby revoked. Defendant is sentenced to the custody of the Bureau of Prisons for a term of 30 months, with no further supervised release to follow.

- 2 -

2.     The Court recommends that defendant be considered for participation in the RDAP program and that defendant be placed as near as possible to Omaha, Nebraska.

DATED this 11th day of July, 2014.

BY THE COURT:

/s/ Lyle E. Strom

LYLE E. STROM, Senior Judge
United States District Court

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this _____ day of _____, 201__.

_____
Signature of Defendant

## RETURN

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 201__ to _____, with a certified copy of this judgment.

_____
UNITED STATES WARDEN

By: _____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 201___.

_____
UNITED STATES WARDEN

By: _____